UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KERRY JOSEPH PITRE, JR.**                                            **CIVIL ACTION**

**VERSUS**                                                                              **NO. 19-14049**

**JERRY P. LARPENTER, ET AL.**                                      **SECTION: "H"(3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 1st day of July, 2020.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**